**In re Kenneth L. POTTEBAUM, Svetlana I. Kovinskaya, and John D. Stricklin.**

No. 2008–1223.

United States Court of Appeals, Federal Circuit.

April 24, 2008.

## ON MOTION

### *ORDER*

Upon consideration of the appellants' unopposed motion to withdraw their appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All sides shall bear their own costs.

**Alfredo T. BAGAINDOC, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7054.

United States Court of Appeals, Federal Circuit.

April 24, 2008.

Alfredo T. Bagaindoc, pro se.

## ORDER

Appellant having submitted the required brief, and it appearing that the appeal was dismissed in error, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.